UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00271-MOC

| | |
|---|---|
| RASAADI LENNOX HERNANDEZ, )<br>a/k/a JUAN CARLOS HERNANDEZ )<br>NAVARRETE-CESTUI QUE-TRUST )<br>and CARLOS HERNANDEZ, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>  )<br>JOHN DOE, et al., )<br>  )<br>  Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff RaSaadi Lennox Hernandez ("Plaintiff") filed this action on September 14, 2023, pursuant to 42 U.S.C. § 1983, against Defendants John Doe and Ronnie Honeycutt. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 15]. The Court transferred a portion of Plaintiff's Complaint to the Eastern District of North Carolina where that part arose and, relative to the remainder, found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from December 19, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 6]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint.[1] The

---

[1] The Court notes that Plaintiff mailed an Addendum to his Complaint [Doc. 16] on December 18, 2023 [see Doc. 16-1], the day before the Court entered its initial review Order. The Addendum, which was received by the Court on December 27, 2023 [see id.], would have made no difference in the outcome of the Court's initial review.

Court will, therefore, dismiss this action without prejudice.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: February 21, 2024

Max O. Cogburn Jr
United States District Judge